1   RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
2   JOSEPH R. ROSE, SBN 279092
    jrose@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
4   San Francisco, CA 94105-0921
    Telephone: 415.393.8200
5   Facsimile:  415.393.8306

6   Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.

7

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11  DESDNIE HESS, individually and on behalf      CASE NO. 21-CV-00093
    of all others similarly situated,
12                                                **DEFENDANT UNITED PARCEL SERVICE,**
              Plaintiffs,          **INC.'S  CERTIFICATE  OF  INTERESTED**
13                                                **ENTITIES**
       v.
14                                                [Removal from the Superior Court of California,
    UNITED PARCEL SERVICE, INC., an Ohio   County of Alameda, Case No. RG20078425]
15  corporation,
                                              Action filed: October 30, 2020
16                Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED ENTITIES

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed non-party

2    persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

3    other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest that could be substantially affected by the outcome of

5    the proceeding: United Parcel Service, Inc. (Delaware), United Parcel Service of America, Inc., UPS

6    Worldwide Forwarding, Inc.

7

8    Dated: January 6, 2021                          RACHEL S. BRASS
                                                     JOSEPH R. ROSE
9                                                    GIBSON, DUNN & CRUTCHER LLP

10

11                                                   By:   /s/ Rachel S. Brass
                                                                  Rachel S. Brass
12

13                                                   Attorneys for Defendant UNITED PARCEL SERVICE,
                                                     INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED ENTITIES

**CERTIFICATE OF SERVICE**

I, Joseph R. Rose, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.  On January 6, 2021, I served the following document(s):

**DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED ENTITIES**

on the parties stated below, by the following means of service:

> Carolyn Hunt Cottrell
> Kyle G. Bates
> Kristabel Sandoval
> SCHNEIDER WALLACE
> COTTRELL KONECKY LLP
> 2000 Powell Street, Suite 1000
> Emeryville, CA 94608

☑ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☑ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2021.

_____
Joseph R. Rose

Gibson, Dunn & Crutcher LLP

3
CERTIFICATE OF SERVICE