UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESDNIE HESS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | No. 21-0093 WHA<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On April 29, an order granted defendant's motion to dismiss the complaint in its entirety. That order invited plaintiff to move for leave to amend within fourteen days of the date of the order. It is now June 3, and plaintiff has not moved for leave to amend her complaint.

Plaintiff is **ORDERED TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**.

If plaintiff fails to file a written response to this order by **JUNE 10**, the case shall be dismissed, and the **CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 3, 2021

                                                                        WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE