1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7
8  NORTHERN DISTRICT OF CALIFORNIA
9
10 DESDNIE HESS,
11         Plaintiff,                          No. 21-00093 WHA
12    v.
13 UNITED PARCEL SERVICE, INC.,                **ORDER DISMISSING ACTION WITH PREJUDICE**
14         Defendant.
15

On April 29, an order granted defendant's motion to dismiss the complaint in its entirety (Dkt. No. 33). The order invited plaintiff to move for leave to file a second amended complaint within fourteen days of the order. Plaintiff did not do so. On June 3, an order issued to show cause why the action should not be dismissed for failure to prosecute (Dkt. No. 35). That order required plaintiff to file a written response showing such cause within one week of the order. Plaintiff timely filed a response but failed to provide a reason that the action should not be dismissed with prejudice, admitting that "she does not intend to proceed with the action" (Dkt. No. 36 at 2).

Therefore, **THIS ACTION IS DISMISSED WITH PREJUDICE. THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 14, 2021

                                    _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE